RECEIVED

SEP - 5 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Demetrius Jackson

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County
Tom Dart
Judge Edward S Harmening

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

13 C 6375
Judge Joan B. Gottschall
Magistrate Judge Michael T. Mason

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Demetrius Jackson

B. List all aliases:

C. Prisoner identification number: 20121125057

D. Place of present confinement: Cook County

E. Address: 2650 S California Ave Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Judge Edward S Harmening

Title: Judge

Place of Employment: Cook County

B. Defendant: Tom Dart

Title: head Sheriff

Place of Employment: Cook County

C. Defendant:

Title:

Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ______________________

B. Approximate date of filing lawsuit: ______________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________

D. List all defendants: ______________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________

F. Name of judge to whom case was assigned: ______________________

G. Basic claim made: ______________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________

I. Approximate date of disposition: ______________________

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11-26-12 I went to bond Court the Judge allow the State attorney to make False allegations with no proof to Determine the Judge to make a Descision that Clearly violate my 8th admendment the Judge Charge me with a Crime that is only intentional Plus Denied my Bond the 8th admendment States no bond sould be excessive I'm not a Flight Risk I turn mysElF in on that Day I got Paid From work Plus gave my Brother Fred long money to buy Flowers For my best Friend because it hurted knowing I lost my best Friend in SelF DeFense

Case 12113300901

5

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Im sueing the Judge Edward S Harmewing For $280,000 For violating my 8th admendment Plus allowing False allegation to Determine me not to have a bond and be Charge with a Crime of intentional only

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3 day of 8, 20 13

(Signature of plaintiff or plaintiffs)

Demetrius T Jackson
(Print name)

20121125057
(I.D. Number)

2650 S California Ave
Chicago Il 60608
(Address)